PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

CASE NO. 2:24-cr-0155-RFB-DJA

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

USA vs.
Defendant: MICHELE FIORE

Address:

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT — Las Vegas
DISTRICT OF NEVADA — Divisional Office

FILED ___ ENTERED ___ RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
JUL 16 2024
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY

**Name and Office of Person Furnishing Information on THIS FORM**
Ellenrose Jarmolowich
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. (702) 388-6336

**Name of Asst. U.S. Attorney (if assigned)**
S. MYHRE-ALEXANDER GOTTFRIED

☐ Interpreter Required  Dialect: ___

Birth Date ___
☐ Male  ☑ Female
☐ Alien (if applicable)

Social Security Number ___

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
Christina Burt - Kyle Jaski ~ FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense ___ County ___

### DEFENDANT

Issue: ☐ Warrant  ☑ Summons

Location Status:
Arrest Date ___ or Date Transferred to Federal Custody ___

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ___
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts ___5___

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
|  | 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud | 1 |
|  | 18 U.S.C. §§ 1343, 2 | Wire Fraud | 2 thru 5 |