COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice
Dahoud Askar
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-368-1667
Email: Dahoud.Askar@usdoj.gov
Alexander Gottfried
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-615-1286
Email: Alexander.Gottfried@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00155-JAD-CJA |
| Plaintiff, | **STIPULATION TO ADVANCE DATE OF INITIAL APPEARANCE** |
| v. | |
| MICHELE FIORE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between

Dahoud Askar and Alexander Gottfried, Trial Attorneys, U.S. Department of Justice, Criminal

Division counsel for the United States of America, and George Kelesis, counsel for defendant

Michele Fiore, that the initial appearance date currently scheduled for July 29 at 2:30 pm be

vacated and advanced to July 19, 2024, at a time convenient to the Court. This request is being

made of the Court after the parties consulted with Pretrial Services to ensure that the

1

1   defendant's interview with Pretrial Services would be conducted prior to July 19, 2024. The

2   parties attach a proposed Order for the convenience of the Court.

3          DATED this 17th day of July 2024.

4

5   COREY R. AMUNDSON                              _/s/__Geore Kelesis_____
    Chief, Public Integrity Section               George Kelesis
6   U.S. Department of Justice                     Counsel for Michele Fiore

7   _/s/Dahoud A. Askar_____
    Dahoud Askar & Alexander Gottfried
8   Trial Attorneys

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MICHELE FIORE,<br><br>                Defendant. | Case No. 2:24-cr-00155-JAD-DJA<br><br>**ORDER** |

This matter coming on the parties' Stipulation to Advance Date of Initial Appearance, the Court having considered the premises therein, and for good cause shown, the Court accepts the Stipulation and **ORDERS** as follows.

The date and time for the defendant's Initial Appearance presently set for July 29, 2024, at 2:30 p.m., is hereby VACATED and ADVANCED to July 19, 2024, at **11:00 AM**, in Courtroom **3A**

**IT IS SO ORDERED** this 17th day of July, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

3