COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice
Dahoud Askar
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-368-1667
Email: Dahoud.Askar@usdoj.gov
Alexander Gottfried
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-615-1286
Email: Alexander.Gottfried@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE FIORE,<br><br>Defendant. | Case No. 2:24-cr-00155-JAD-DJA<br><br>**STIPULATION AND ORDER SETTING MOTION-IN-LIMINE SCHEDULE**<br><br>ECF No. 16 |

IT IS HEREBY STIPULATED AND AGREED, by and between Dahoud Askar and Alexander Gottfried, Trial Attorneys, U.S. Department of Justice, Criminal Division, counsel for the United States of America, and Michael Sanft, counsel for defendant Michele Fiore, that, pending the court's approval, the motion *in limine* schedule for the above captioned case be set as follows: Motions *in limine* will be filed by September 3, 2024; responses to such motions will be filed by September 10, 2024; and reply briefs to those responses will be filed by September 17,

2024. All filings will be accompanied by a statement certifying that the document is being filed timely. The parties attach a proposed Order for the convenience of the Court.

DATED this 16th day of August 2024.

| | |
|---|---|
| COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>U.S. Department of Justice | /s/ Michael Sanft<br>Michael Sanft<br>Counsel for Michele Fiore |

/s/Dahoud A. Askar
Dahoud Askar & Alexander Gottfried
Trial Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MICHELE FIORE,<br><br>        Defendant. | Case No. 2:24-cr-00155-JAD-DJA<br><br>**ORDER** |

This matter coming on the parties' Stipulation to set the Motion *In Limine* schedule [ECF No. 16], the Court having considered the premises therein, and for good cause shown, the Court accepts the Stipulation and **ORDERS** as follows.

1) All Motions *In Limine* will be filed by September 3, 2024.

2) Responses to such motions will be filed by September 10, 2024.

3) A reply brief may be filed no later than September 17, 2024 and may only address arguments raised in the response.

4) All filings will be accompanied by a statement certifying that the document is being filed timely.

5) **Before filing any motion in limine, the parties must meaningfully meet and confer to attempt to reach agreement on the issue.**

**IT IS SO ORDERED** this 19th day of August, 2024.

_____
Hon. Jennifer A. Dorsey
UNITED STATES DISTRICT JUDGE

3