# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:24-cr-00155-JAD-DJA |
| Plaintiff | |
| v. | **Order Regarding Criminal Trial** |
| Michele Fiore, | Jury Trial: **September 24, 2024, 9:00 a.m.**<br>Calendar Call: **September 9, 2024, 1:30 p.m.** |
| Defendant | Final Pretrial Conference: **September 20, 2024, 2:00 p.m.** |

This case is set for **a JURY TRIAL** beginning on **September 24, 2024, at 9:00 a.m.** before the Honorable Jennifer A. Dorsey, U.S. District Judge,[1] in Courtroom 6D of the Lloyd D. George U.S. Courthouse at 333 Las Vegas Blvd. South in Las Vegas, Nevada.

The defendant and trial counsel for all parties must appear for **CALENDAR CALL** on **September 9, 2024, at 1:30 p.m.** At Calendar Call, all cases that remain to be tried will be ranked in order of trial. Unless the court otherwise directs, the cases will be tried one after the other on 24 hours' notice from the Courtroom Administrator. Criminal cases will be given priority, and if multiple criminal must be tried in a single stack, the cases will be prioritized according to their must-be-tried dates.

**By noon on September 9, 2024, the parties must:**

1.   **File a complete list of all exhibits** intended to be used during the trial and serve a copy upon all other parties. Numerals must be used to identify all exhibits (plaintiff's exhibits should be marked 1 through 500; defendant's exhibits should be marked 501 through 1000). The exhibits must be listed on a form provided by

---

[1] Although this case is assigned to Judge Dorsey, cases may proceed to trial before another district court judge.

the Courtroom Administrator or obtained from the Court's website

www.nvd.uscourts.gov, as long as it conforms to the requirements of the form that

is provided by the clerk.  In addition, the parties' exhibit lists must be emailed in

Word format to the Courtroom Administrator.  In any case that involves 15 or

more documentary exhibits, each exhibit must be placed in a loose-leaf binder

with numbered tabs.  The binder must be clearly marked on the front and side

with the case caption and number and the sequence of exhibits.  At the beginning

of the trial, counsel must provide the Courtroom Administrator the binder

containing the original exhibits, and a courtesy set of exhibits for both the

opposing side and the judge.

2.      **Submit proposed voir dire questions.**  The court primarily conducts the

jury-selection process on her own.  Nevertheless, the parties must file any

proposed jury voir dire questions that any party requests the court to pose to

prospective jurors and email a Word version of those questions to the Courtroom

Administrator.

3.      **File the witness list.**  Counsel must meet and confer in a good-faith effort

to provide a singular, joint witness list.  If unable to agree on a joint witness list,

counsel may submit separate witness lists.  Counsel will read these lists to the jury

venire during the selection process to help identify any conflicts.

4.      **Submit proposed jury instructions.**  Counsel must meet and confer in a

good-faith attempt to agree on a joint set of proposed jury instructions and the

verdict form. **Judge Dorsey has a set of stock criminal jury instructions** that

are available on the court's website (https://www.nvd.uscourts.gov/court-

information/judges/judge-jennifer-dorsey/), **and the parties must begin with those instructions**, editing as necessary for this case.  Counsel must then jointly file a set of agreed-upon jury instructions and proposed verdict form, and separately file any additional proposed jury instructions and verdict forms not agreed upon.  A copy of all the jury instructions and verdict forms must also be emailed in Word format to the Courtroom Administrator.

5.      **Trial memoranda.**    The United States must file under seal its trial memorandum, and a courtesy copy must be submitted to the Courtroom Administrator.  The government's trial memorandum must be served on defense counsel prior to the commencement of the first day of trial and will be unsealed at that time.  Should defense counsel elect to file a trial memorandum, it must be filed and served on government counsel before the defense case commences, and a courtesy copy must be submitted to the Courtroom Administrator.

Trial counsel must appear for a **FINAL PRETRIAL CONFERENCE** to address outstanding issues including any motions in limine that have not been previously ruled upon on **September 20, 2024, at 2:00 p.m.**  The court will not grant a continuance to any party after the final pretrial conference without extraordinary circumstances.

The parties must immediately **SUBPOENA ALL WITNESSES** for the trial date and time as listed above.  Because some cases will be tried in a trailing fashion, the subpoenas should contain a special instruction from counsel directing witnesses to contact the office of counsel for further instructions prior to appearing for trial.  Witnesses are not required to be present at the Calendar Call.

Counsel wishing to utilize the court's **EVIDENCE-DISPLAY EQUIPMENT** must contact the Courtroom Administrator prior to Calendar Call to determine its availability and to arrange for training if needed.

Any party that wants to request **expedited or daily TRANSCRIPTS** must notify the Court Reporter, Amber McClane, at 702-384-0429 or amber_mcclane@nvd.uscourts.gov immediately upon receipt of this order.  Failure to timely notify the Court Reporter may result in the inability or refusal to provide these extra services.

Counsel and any pro se parties will be excused from Calendar Call if the Courtroom Administrator is notified more than 24 hours before Calendar Call of an intent to plead. **CHANGE-OF-PLEA HEARINGS** in criminal cases will be set for CALENDAR CALL unless otherwise scheduled.  It is the joint responsibility of counsel for the United States and for the defendant to ensure that a copy of the plea agreement is emailed to Courtroom Administrator before the plea hearing.  The original, signed plea agreement must be submitted to the Courtroom Administrator the day of the hearing.  It is also the responsibility of counsel for the United States to ensure that any necessary produce orders or writs of habeas corpus ad prosequendum are timely delivered to the United States Marshal to ensure the presence of any in-custody defendant for the change of plea and also to ensure proper notification for the attendance of any needed court interpreter.

As the Local Rules of Practice of this court contemplate, the court will consider the imposition of **sanctions** against any attorney or party appearing pro se who: (1) fails to timely file trial briefs, suggested voir dire questions, proposed jury instructions, or proposed findings of fact and conclusions of law; (2) fails to comply with any provision of this order; or (3) fails to timely comply with any other order that schedules deadlines for trial preparation.

Finally**, all questions and information regarding the trial calendar should be directed to the Courtroom Administrator**, Summer Rivera, at 702-464-5613 or summer_rivera@nvd.uscourts.gov.  **DO NOT CALL CHAMBERS with trial-related questions.**

_____
U.S. District Judge Jennifer A. Dorsey
August 20, 2024

5