FILED _____ / _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 2 0 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

IN THE MATTER OF THE PARTIAL
REPORTS OF THE SPECIAL GRAND JURY
THE __March 31, 2022__   TERM. __22-01__

**MINUTES OF COURT**

DATE:  August  20, 2024 @ 12:17 p.m. – 12:20 p.m.

PRESENT:      The Honorable      Elayna J. Youchah      , U.S. Magistrate Judge.

DEPUTY CLERK:      Tawnee Renfro      REPORTER:   Natasha Bachman

UNITED STATES ATTORNEY:   Skyler Pearson      COURTROOM:   3C

A roll call of the Grand Jury is taken with  **18**  members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED**  that the said report and indictments be filed. There is **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed  as indicated and that Bench Warrants and Summons issue where indicated.

| | | |
|---|---|---|
| **2:24-cr-0189 JAD-DJA** | **2 SEALED DEFENDANTS** | **WARRANTS** |
| **2:24-cr-0155 JAD-DJA SUPERSEDING** | **MICHELE FIORE** | **SUMMONS** |

**IT IS ORDERED** that the Arraignment & Plea in case **2:24-0155** will be held on **Tuesday, September 3, 2024 @ 1:00 p.m.** before **MAGISTRATE JUDGE MAXIMILLIANO D. COUVILLIER, III in Courtroom 3A.**

The Arraignment and Plea will be held at the time of the Initial Appearance.

DEBRA KEMPI, Clerk
United States District Court

/S/Araceli Bareng

_____

Deputy Clerk

*I*