COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice
Dahoud Askar
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-368-1667
Email: Dahoud.Askar@usdoj.gov
Alexander Gottfried
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-615-1286
Email: Alexander.Gottfried@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELE FIORE<br><br>Defendant. | Case No. **2:24-cr-00155-JAD-DJA**<br><br>**STIPULATION TO WAIVER OF ARRAIGNMENT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Dahoud Askar and Alexander Gottfried, Trial Attorneys, U.S. Department of Justice, Criminal Division counsel for the United States of America, and Michael Sanft, counsel for defendant Michele Fiore, that the arraignment currently scheduled for September 3, 2024 in the above captioned matter be waived.

1

DATED this 20th day of August 2024.

| | |
|---|---|
| COREY R. AMUNDSON<br>Chief, Public Integrity Section<br>U.S. Department of Justice | _/s/___Michael Sanft<br>Michael Sanft<br>Counsel for Michele Fiore |

_/s/Dahoud A. Askar_____
Dahoud Askar & Alexander Gottfried
Trial Attorneys