To all my friends and voters who entrusted me as your Justice of the Peace Judge:

For my entire life in public service, I have stood to protect and defend our Constitution, bringing government overreach and misconduct to light. My dedication to my fellow Nevadans was evident when the Bundy family and ranchers were charged and jailed by our federal government over grazing rights. I was an outspoken supporter during this horrible time for the Bundy family and ranch. They waited for their day in court, only to be released and have their case thrown out when it came to light during trial that the FBI, BLM, and US prosecutor Steven Myhre hid evidence and misled the judge, the jury, and the people of Nevada. It was not the first time in Nevada that the federal government has tried to cheat the system by working in the shadows, nor would it be the last.

For a decade, I've been their target for standing up for what is right. As I go through this distressing and challenging time, fight again, and bring light to the shadows, I ask only for your prayers and support. You have entrusted me with your votes because I will always stand for our Constitution and our rights as proud citizens under one flag, even at significant personal cost. That moment is now.

Thank you for your continued trust and support. Together, we will stand strong for justice and uphold the values we cherish.

With deep gratitude,

Judge Michele Fiore