COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice
Dahoud Askar
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-368-1667
Email: Dahoud.Askar@usdoj.gov
Alexander Gottfried
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-615-1286
Email: Alexander.Gottfried@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICHELE FIORE,<br><br>　　　　　Defendant. | Case No. 2:24-cr-00155-JAD-DJA<br><br>**STIPULATION RE: AUTHENTICITY OF CERTAIN EXHIBITS** |

The government, by the undersigned attorneys for the U.S. Department of Justice, Criminal Division, and the defendant, along with her undersigned attorney, hereby and agree as follows:

**Stipulations Regarding Authenticity and Business Records**

The exhibits identified below for Stipulation numbers 1 through 16, whether in their entirety, or excerpts taken from those documents, are (1) authentic and do not require additional

foundational testimony from a records custodian or other pertinent authentication witness and (2) constitute records of regularly conducted activity under Federal Rules of Evidence 803 (6) and are non-hearsay. Both the government and the defense reserve the right to challenge the admissibility of the evidence on any other grounds.

| STIP NO. | Exhibits Covered: | Description of Evidence | BegDoc Range |
|---|---|---|---|
| 1 | 1, 2, 3, 3A, 4, 5, 42, 43, 44, 62, 70, 91, 92, 93 | Records contained in Grand Jury Subpoena #02 to Bank of Nevada (covered by Certificate of Authenticity found at DOJ-0000022217) | DOJ-0000022217 to DOJ-0000022938 |
| 2 | 6, 6A, 6B | Records contained in Grand Jury Subpoena #07 to Western Alliance Bank | DOJ-0000009565 to DOJ-0000009597 |
| 3 | 1, 1A, 1B, 2, 2A, 3, 3A, 41, 46, 47, 48, 51, 52, 53, 55, 56, 57, 63, 66, 68, 69, 71, 72, 86, 87, 88, 89, 96, 97, 98, 99 | Records contained in Grand Jury Subpoena #08 to Western Alliance Bank (covered by Certificate of Authenticity found at DOJ-0000022214) | DOJ-0000022080 to DOJ-0000022214 |
| 4 | 3, 5 | Records contained in Grand Jury Subpoena #27 to Western Alliance Bank (covered by Certificate of Authenticity found at DOJ-0000088657) | DOJ-0000025420 to DOJ-0000025846 |
| 5 | 1, 2, 3, 4, 5, 6 | Records contained in Grand Jury Subpoena #32 to Western Alliance Bank (covered by Certificate of Authenticity found at DOJ-0000025953) | DOJ-0000025849 to DOJ-0000026230 |
| 6 | 1, 2, 3, 4, 5 | Records contained in Grand Jury Subpoena #56 to Western Alliance Bank (covered by Certificate of Authenticity found at DOJ-0000033014) | DOJ-0000033005 to DOJ-0000033164 |
| 7 | 1, 2, 3, 4, 5 | Records contained in Grand Jury Subpoena #83 to Western Alliance Bank (covered by Certificate of Authenticity found at DOJ-0000088667) | DOJ-0000064099 to DOJ-0000064280 |
| 8 | 8, 8A | Records contained in Grand Jury Subpoena #17 to Wells Fargo (covered by Certificate of Authenticity found at DOJ-0000010867) | DOJ-0000010350 to DOJ-0000012669 |
| 9 | 9 | Records contained n Grand Jury Subpoena #78 to Bank of America | DOJ-0000009692 to DOJ-0000010347 |
| 10 | 31 | Secretary of State records regarding Future for Nevadans | DOJ-0000088668 to DOJ-0000088678 |

| STIP NO. | Exhibits Covered: | Description of Evidence | BegDoc Range |
|---|---|---|---|
| 11 | 36 | Secretary of State records regarding Politically Off The Wall, LLC (covered by Certificate of Authenticity found at DOJ-0000024052) | DOJ-0000024052 to DOJ-0000024061 |
| 12 | 37 | Secretary of State records regarding Truth In Politics, The Magazine, LLC (covered by Certificate of Authenticity found at DOJ-0000023802) | DOJ-0000023802 to DOJ-0000023811 |
| 13 | 32 | Secretary of State records regarding A Bright Present Foundation (covered by Certificate of Authenticity found at DOJ-0000023779) | DOJ-0000023779 to DOJ-0000023788 |
| 14 | 38 | Secretary of State records regarding Hamlet Events (covered by Certificate of Authenticity found at DOJ-0000024253 | DOJ-0000024253 to DOJ-0000024259 |
| 15 | 60 | Secretary of State C&E filings for Fiore for Nevada (covered by Certificate of Authenticity found at DOJ-0000023721; DOJ-0000023759; DOJ-0000023818; DOJ-0000023862; DOJ-0000023874; DOJ-0000023912; DOJ-0000024019; DOJ-0000024066; DOJ-0000024085; DOJ-0000024110; DOJ-0000024128; DOJ-0000024158; DOJ-0000024261) | DOJ-0000023721 to DOJ-0000023757<br>DOJ-0000023759 to DOJ-0000023766<br>DOJ-0000023818 to DOJ-0000023826<br>DOJ-0000023862 to DOJ-0000023869<br>DOJ-0000023874 to DOJ-0000023881<br>DOJ-0000023912 to DOJ-0000023925<br>DOJ-0000024019 to DOJ-0000024036<br>DOJ-0000024066 to DOJ-0000024074<br>DOJ-0000024085 to DOJ-0000024099<br>DOJ-0000024110 to DOJ-0000024115<br>DOJ-0000024128 to DOJ-0000024137<br>DOJ-0000024158 to DOJ-0000024171<br>DOJ-0000024261 to DOJ-0000024268 |

| STIP NO. | Exhibits Covered: | Description of Evidence | BegDoc Range |
|---|---|---|---|
| 16 | 61 | Secretary of State C&E filings for Future for Nevadans (covered by Certificate of Authenticity found at DOJ-0000023767; DOJ-0000023812; DOJ-0000023850; DOJ-0000024004; DOJ-0000024013; DOJ-0000024103; DOJ-0000024116; DOJ-0000024122; DOJ-0000024186; DOJ-0000024210; DOJ-0000024247 | DOJ-0000023767 to DOJ-0000023778<br>DOJ-0000023812 to DOJ-0000023817<br>DOJ-0000023850 to DOJ-0000023855<br>DOJ-0000024004 to DOJ-0000024009<br>DOJ-0000024013 to DOJ-0000024018<br>DOJ-0000024103 to DOJ-0000024109<br>DOJ-0000024116 to DOJ-0000024121<br>DOJ-0000024122 to DOJ-0000024127<br>DOJ-0000024186 to DOJ-0000024192<br>DOJ-0000024210 to DOJ-0000024215<br>DOJ-0000024247 to DOJ-0000024251 |

DATED this 9th day of September, 2024.

COREY R. AMUNDSON  
Chief, Public Integrity Section  
U.S. Department of Justice

_/s/__Michael Sanft_____  
Michael Sanft  
Counsel for Michele Fiore

_/s/Dahoud A. Askar_____  
Dahoud Askar & Alexander Gottfried  
Trial Attorneys

4