COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice
Dahoud Askar
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-368-1667
Email: Dahoud.Askar@usdoj.gov
Alexander Gottfried
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-615-1286
Email: Alexander.Gottfried@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHELE FIORE<br><br>　　　　Defendant. | Case No. **2:24-cr-00155-JAD-DJA**<br><br>**GOVERNMENT EXHIBIT LIST** |

1

## EXHIBIT LIST

Case No. 2:24-CR-0155-JAD-DJA                              *United States of America v. Michele Fiore*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 1 | | Bank Records for ABPF |
| | | 1A | | 2019.12 Bank Statements for ABPF |
| | | 1B | | 2020.01 Bank Statements for ABPF |
| | | 2 | | Bank Records for Future for Nevadans |
| | | 2A | | 2019.12 Bank Statements for Future for Nevadans |
| | | 3 | | Bank Records for Fiore for Nevada |
| | | 3A | | 2019.12 Bank Statements for Fiore for Nevada |
| | | 4 | | Banks Records for Politically Off The Wall, LLC |
| | | 4A | | 2019.12 Bank Statements for Politically Off The Wall, LLC |
| | | 5 | | Bank Records for Truth In Politics The Magazine, LLC |
| | | 6 | | Bank Records for Hamlet Events |
| | | 6A | | 2019.12 Bank statements for Hamlet Events |
| | | 6B | | 2020.01 Bank Statements for Hamlet Events |
| | | 7 | | Bank Records for Michele Fiore |
| | | 7A | | 2019.11 Bank statements for Michele Fiore |
| | | 7B | | 2019.12 Bank statements for Michele Fiore |
| | | 8 | | Bank Records for Sheena Siegel |
| | | 8A | | 2019.12 Bank statements for Sheena Siegel |
| | | 9 | | Bank Records for Savannah Kaime |
| | | 10 | | Bank Records for Eric Lee |
| | | 10A | | 2019.07 Bank Statements for Eric Lee |
| | | 11 | | INTENTIONALLY LEFT BLANK |
| | | 12 | | INTENTIONALLY LEFT BLANK |
| | | 13 | | Alyn Beck Grand Opening Ceremony Photo |
| | | 14 | | 2018.12.21 Skye Canyon Article re Groundbreaking |
| | | 14A | | Photo of groundbreaking |
| | | 15 | | Photo of Beck statue |
| | | 16 | | Photo of Statue plaque |
| | | 17 | | Las Vegas Public Artwork Application Form |

# EXHIBIT LIST

Case No. 2:24-CR-0155-JAD-DJA                         *United States of America v. Michele Fiore*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 18 | | 2019.02.19 Development Agreement for Alyn Beck Memorial Park |
| | | 19 | | 2019.08.09 Contract for Statue |
| | | 20 | | 2019.08.22 check to Hanlon |
| | | 21 | | 2019.10.30 check to Hanlon |
| | | 22 | | 2020.01.07 check to Hanlon |
| | | 23 | | 2020.01.29 check to Hanlon |
| | | 24 | | 2020.02.18 check to Hanlon |
| | | 25 | | 2020.02.18b check to Hanlon |
| | | 26 | | News release inviting public to grand opening |
| | | 27 | | Video of Unveiling ceremony |
| | | 27A | | Clip of Fiore speaking at ceremony |
| | | 28 | | Paid Invoice Register for Hanlon Sculpture Studio |
| | | 29 | | Emails re: Officer Alyn Beck Statue |
| | | 30 | | INTENTIONALLY LEFT BLANK |
| | | 31 | | Nevada Secretary of State documents regarding Future for Nevadans |
| | | 32 | | Nevada Secretary of State documents regarding ABPF |
| | | 33 | | Non-profit intake questionnaire re ABPF |
| | | 34 | | INTENTIONALLY LEFT BLANK |
| | | 35 | | 2019.09.20 IRS docs re ABPF |
| | | 36 | | Nevada Secretary of State documents regarding Politically Off The Wall, LLC |
| | | 37 | | Nevada Secretary of State documents regarding Truth In Politics the Magazine, LLC |
| | | 38 | | Nevada Secretary of State documents regarding Hamlet Events |
| | | 39 | | 2017.04.06 Proposed Contract from Alchemy Associates to Fiore |
| | | 40 | | INTENTIONALLY LEFT BLANK |
| | | 41 | | Checks from ABPF to Jay Brown |
| | | 42 | | 2019.10.18 Stavola Check to ABPF |
| | | 43 | | 2019.10.08 NPL Capital check to ABPF |
| | | 44 | | 2019.10.10 Providence Investments check to ABPF |
| | | 45 | | ABPF Documents found during execution of Search Warrant |

<u>EXHIBIT LIST</u>

Case No. 2:24-CR-0155-JAD-DJA                                   *United States of America v. Michele Fiore*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 45A | | ABPF Solicitation letter found during execution of Search Warrant |
| | | 45B | | Handwritten notes found during execution of Search Warrant |
| | | 46 | | 2019.12 Jay Brown checks to ABPF |
| | | 47 | | 2020.01.21 Vicky & Peter Palivos check to ABPF |
| | | 48 | | 2019.12.30 Siegel Group check to ABPF |
| | | 49 | | Siegel Group Accounting Records |
| | | 50 | | 2019.12.27 email from B. Groesbeck re check to ABPF |
| | | 51 | | 2019.12.27 MMDC check to ABPF |
| | | 52 | | 2019.12.30 BPS check to ABPF |
| | | 53 | | 2019.12.17 Chesnoff check to ABPF |
| | | 54 | | 2019.12.31 TAB email re donation to ABPF |
| | | 55 | | 2019.12.31 TAB check to ABPF |
| | | 56 | | 2020.001.14 Community Ambulance check to ABPF |
| | | 57 | | 2020.01.21 Richardson Charitable Foundation check to ABPF |
| | | 58 | | INTENTIONALLY LEFT BLANK |
| | | 59 | | INTENTIONALLY LEFT BLANK |
| | | 60 | | Secretary of State filings for Fiore for Nevada |
| | | 61 | | Secretary of State filings for Future for Nevadans |
| | | 62 | | 2019.07.16 Lombardo check to Future for Nevadans |
| | | 63 | | 2020.02.03 LECET check to Future for Nevadans |
| | | 64 | | 2021.02.03 Fiore email to Local 872 |
| | | 65 | | Flyer from Future for Nevadans, received by Harry Mohney |
| | | 66 | | 2019.11.15 Mohney Trust check to Future for Nevadans |
| | | 67 | | INTENTIONALLY LEFT BLANK |
| | | 68 | | 2020.02.06 Laborers International Union check to FFN |
| | | 69 | | 2019.10.11 Integral Associates, Inc. check to Future for Nevadans |

EXHIBIT LIST

Case No. 2:24-CR-0155-JAD-DJA                          *United States of America v. Michele Fiore*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION No. | Witness | DESCRIPTION |
|---|---|---|---|---|
| | | 70 | | 2019.09.12 Incorp check to Future for Nevadans |
| | | 71 | | 2019.12.16 V is for Victory check to Future for Nevadans |
| | | 72 | | 2019.12.24 ABPF check to Victoria Seaman |
| | | 73 | | INTENTIONALLY LEFT BLANK |
| | | 74 | | INTENTIONALLY LEFT BLANK |
| | | 75 | | INTENTIONALLY LEFT BLANK |
| | | 76 | | INTENTIONALLY LEFT BLANK |
| | | 77 | | INTENTIONALLY LEFT BLANK |
| | | 78 | | INTENTIONALLY LEFT BLANK |
| | | 79 | | INTENTIONALLY LEFT BLANK |
| | | 80 | | Rental Agreement for 6205 Red Pine Court |
| | | 81 | | Rental payments for 6205 Red Pine Court |
| | | 82 | | Queensridge Event Payments for Kaime/Willis Wedding |
| | | 83 | | Photos of property at 6205 Red Pine Ct |
| | | 84 | | INTENTIONALLY LEFT BLANK |
| | | 85 | | Invoice documents for Plastic Surgery Vegas |
| | | 85A | | PSV Statements, Payments and chart for Fiore |
| | | 86 | | 2020.01.06 ABPF check to Marianne Rombola |
| | | 87 | | ABPF Payments to Gil's Printing |
| | | 88 | | 2020.01.24 ABPF check to Kaqun |
| | | 89 | | 2019.12.06 ABPF check to Alchemy Associates |
| | | 90 | | INTENTIONALLY LEFT BLANK |
| | | 91 | | 2019.07.16 Future for Nevadans check to Sheena Siegel |
| | | 92 | | 2019.10.29 ABPF check to Cash |
| | | 93 | | 2019.10.29 ABPF checks to Hamlet Events |
| | | 94 | | 2019.10.29 deposit to Hamlet Events |
| | | 95 | | 2019.11.04 Cash withdrawal from Hamlet Events |
| | | 96 | | 2019.11.12 ABPF online transfer to Future for Nevadans |

## EXHIBIT LIST

Case No. 2:24-CR-0155-JAD-DJA                                   *United States of America v. Michele Fiore*

Exhibits on Behalf of the Government

| DATE ADMITTED | DATE MARKED | IDENTIFICATION | | DESCRIPTION |
|---|---|---|---|---|
| | | No. | Witness | |
| | | 97 | | 2020.01.03 ABPF check to Hamlet Events |
| | | 98 | | 2020.01.13 ABPF check to Hamlet Events |
| | | 99 | | 2020.01.27 ABPF check to Hamlet Events |
| | | 101 | | Summary of Bank Records Exhibits |
| | | 102 | | Summary of ABPF Sources and Uses of Funds |
| | | 103 | | Summary of Deposits Debits and Checks of various accounts |
| | | 104 | | Demonstrative Exhibit of Count 2 transactions |
| | | 105 | | Demonstrative Exhibit of Count 3 transactions |
| | | 106 | | Demonstrative Exhibit of Count 4 transactions |
| | | 107 | | Demonstrative Exhibit of Count 5 transactions |
| | | 108 | | Demonstrative Exhibit of Count 6 & 7 transactions |