Michael W. Sanft (8245)
**SANFT LAW**
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
(702) 497-8008 (office)
(702) 297-6582 (facsimile)
michael@sanftlaw.com
*Attorney for Defendant Michele Fiore*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELE FIORE,<br><br>Defendant. | Case No. 2:24-cr-0155-JAD-DJA<br><br>**DEFENDANT'S MOTION TO SEAL EXHIBIT LIST TO HER MOTION IN LIMINE TO EXCLUDE GOVERNMENT'S INTENDED USE OF EVIDENCE IDENTIFIED IN ITS 404(b) NOTICE (ECF NO. 30)** |

Defendant MICHELE FIORE, through her attorney of record, Michael Sanft, respectfully requests that the Court order that the exhibit list to her motion in limine to exclude the Government's intended use of evidence identified in its 404(b) notice be sealed (ECF No. 30).

In light of the nature of the evidence in the referenced notice and so as not to influence the jury pool with information the Court has not yet determined is admissible, Ms. Fiore respectfully requests that the Court enter the attached Order that her exhibit list to ECF No. 30 be

. . .

. . .

. . .

sealed.

Ms. Fiore's counsel has consulted with the Government in this matter, who has no objection to this request.

Dated: September 13, 2024.

By: _____
Michael Sanft, Esq.
*Attorney for Michele Fiore*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    vs.<br><br>MICHELE FIORE,<br><br>            Defendant. | Case No.  2:24-cr-0155-JAD-DJA<br><br>**ORDER** |

Defendant MICHELE FIORE has submitted an application requesting that the Court issue an Order that her exhibit list to her Motion In Limine (ECF No. 30) be sealed until further order of the Court.

For good cause shown, IT IS ORDERED that the Exhibit List to the Motion in Limine (ECF No. 30) are sealed until otherwise ordered by this Court.

So ORDERED this ___ day of August, 2024.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE