UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America                           2:24-cr-00155-JAD-DJA

vs.                                                    MINUTES OF THE COURT

Michele Fiore                                DATE: 09/24/2024

PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Summer Rivera       REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Alexander Gottfried and Dahoud Askar

COUNSEL FOR DEFENDANT(S): Michael Sanft

PROCEEDINGS: Jury Trial - Day 1

8:05 AM Court convenes outside the presence of the jury. Defendant is present at liberty. All parties are present.

The Court directs Mr. Sanft to file a redacted exhibit to motion in limine [ECF No. 30]. Sealed Exhibit [ECF No. 48] will remain sealed. The Court issues her ruling on the bad acts evidence that was taken under advisement at the pretrial conference.

Housekeeping matters are discussed.

8:45 AM Sixty-four prospective jurors enter the courtroom.

The Court makes opening remarks, introduces the staff, has counsel introduce themselves and gives a summary of the case to the prospective jurors. The prospective jurors are sworn, and voir dire commences.

10:25 AM The prospective jurors are excused for a morning break. The court stands at recess.

10:38 AM Prospective jurors enter the courtroom. Voir dire continues.

12:17 PM The prospective jurors are excused for a break. The court stands at recess.

12:27 PM Court reconvenes outside the presence of the jury. Scheduling matters are discussed.

Prospective jurors enter the courtroom. Voir dire continues.

1:03 PM Counsel exercise their peremptory challenges outside the presence of the prospective jury.

12:31 PM The prospective jury enters the courtroom.

The unselected jurors are excused. Selected jurors are sworn.

The Court instructs the jury on the elements of the offense and the order of trial proceedings.

2:10 PM The jury is admonished and excused for the evening.

Court adjourns.

**Jury Trial continued to Wednesday, September 25, 2024, at 8:30 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

                                        DEBRA K. KEMPI, CLERK
                                        United States District Court
                                        By: _____/s/_____
                                        Summer Rivera, Deputy Clerk