UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America | 2:24-cr-00155-JAD-DJA |
| vs. | MINUTES OF THE COURT |
| Michele Fiore | DATE: 09/24/2024 |

PRESENT: <u>Honorable Jennifer A. Dorsey, U.S. District Judge</u>

DEPUTY CLERK: <u>Summer Rivera</u>      REPORTER: <u>Amber McClane</u>

COUNSEL FOR PLAINTIFF(S): <u>Alexander Gottfried and Dahoud Askar</u>

COUNSEL FOR DEFENDANT(S): <u>Michael Sanft</u>

PROCEEDINGS: Jury Trial - Day 1

8:20 AM Court convenes outside the presence of the jury. Defendant is present at liberty. All parties are present.

The Government and Defense stipulate to **EXHIBITS 1-10, 41-44, 46-48, 51-57, 62, 63, 66, 68-72, 86-89, 91-99.**

Housekeeping matters are discussed.

8:48 AM Jury enters the courtroom. The Court instructs the jury on the elements of the offense and the order of trial proceedings. Opening arguments are presented on behalf of the Government by Mr. Gottfried and on behalf of the defendant by Mr. Sanft.

**NICOLE BECK**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. **EXHIBITS 13, 14A, 15, 16, and 27A** are marked and admitted. Cross examination is conducted by Mr. Sanft. The witness is excused.

**BRIAN HANLON**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. **EXHIBITS 19-25, 29** are marked and admitted.

10:18 AM The jury is admonished and excused for a morning break. The court stands at recess.

10:30 AM Court reconvenes. The jury enters the courtroom.
**BRIAN HANLON**, previously sworn resumes the stand. Cross examination is conducted by Mr. Sanft. **EXHIBIT 500** is marked and admitted. Redirect is conducted. The witness is excused.

**MIKE BARNES**, is sworn and testifies on direct examination on behalf of the Government by Mr. Askar. **EXHIBIT 11** is marked only. Cross examination is conducted by Mr. Sanft. Redirect is conducted. Recross is conducted. The witness is excused.

**DOUGLAS SMITH**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. **EXHIBITS 40, 45A, 58, 59** are marked and admitted.

11:48 AM The jury is admonished and excused for a lunch break. The court stands at recess.

12:18 PM Court reconvenes outside the presence of the jury. Housekeeping matters are discussed.

The jury enters the courtroom.

**DOUGLAS SMITH**, previously sworn resumes the stand. Cross examination is conducted by Mr. Sanft. **EXHIBITS 501-504 are marked and admitted.** Redirect is conducted. **EXHIBITS 45, 34 are marked and admitted.** Recross is conducted. The witness is excused.

1:40 PM The jury is admonished and excused for an afternoon break. The court stands at recess.

1:51 PM Cout reconvenes outside the presence of the jury. Housekeeping matters are discussed.

The jury enters the courtroom.

**ELIZABETH STAVOLA**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. Cross examination is conducted by Mr. Sanft. Redirect is conducted. The witness is excused.

**DAVID CHESNOFF**, is sworn and testifies on direct examination on behalf of the Government by Mr. Askar. Cross examination is conducted by Mr. Sanft. The witness is excused.

The Court and parties agree to excuse jurors #1 and #5 after further questioning.

2:45 PM The jury is admonished and excused for the evening.

Court adjourns.

**Jury Trial continued to Thursday, September 26, 2024, at 8:30 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk