UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America | 2:24-cr-00155-JAD-DJA |
| vs. | MINUTES OF THE COURT |
| Michele Fiore | DATE: 09/26/2024 |

PRESENT: <u>Honorable Jennifer A. Dorsey, U.S. District Judge</u>

DEPUTY CLERK: <u>Summer Rivera</u>       REPORTER: <u>Amber McClane</u>

COUNSEL FOR PLAINTIFF(S): <u>Alexander Gottfried and Dahoud Askar</u>

COUNSEL FOR DEFENDANT(S): <u>Michael Sanft</u>

PROCEEDINGS: Jury Trial - Day 3

8:23 AM Court convenes outside the presence of the jury. Defendant is present at liberty. All parties are present. Scheduling matters are discussed.

8:30 AM Jury enters the courtroom.

**JAY BROWN**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. **EXHIBIT 50** is marked and admitted. Cross examination is conducted by Mr. Sanft. The witness is excused.

**ROBERT GROESBECK**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. Cross examination is conducted by Mr. Sanft. The witness is excused.

**ROBERT RICHARDSON**, is sworn and testifies on direct examination on behalf of the Government by Mr. Askar. Cross examination is conducted by Mr. Sanft. The witness is excused.

**SHAUNA BAKKEDAHL**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. **EXHIBITS 36, 37, 38, and 32** are marked and admitted. Cross examination is conducted by Mr. Sanft. The witness is excused.

10:06 AM The jury is admonished and excused for a morning break. The court stands at recess.

10:24 AM Court reconvenes. The jury enters the courtroom.

**TAMI MONTES**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. **EXHIBIT 49** is marked and admitted. Cross examination is conducted by Mr. Sanft. The witness is excused.

10:42 AM The jury is admonished and excused for a short break. The court stands at recess.

10:52 AM Court reconvenes. The jury enters the courtroom.

**MARK WLASCHIN**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. **EXHIBITS 31, 61A** are marked and admitted. Cross examination is conducted by Mr. Sanft. The witness is excused.

11:57 AM The jury is admonished and excused for a lunch break. The court stands at recess.

12:27 PM Court reconvenes outside the presence of the jury. The Court GRANTS Mr. Sanft's objection to Exhibit 60A and the exhibit is corrected.

The jury enters the courtroom.

**MARK WLASCHIN**, previously sworn resumes the stand on direct examination. **EXHIBIT 60A** is marked and admitted. Cross examination is conducted by Mr. Sanft. Redirect is conducted. The witness is excused.

**THOMAS WHITE**, is sworn and testifies on direct examination on behalf of the Government by Mr. Askar. **EXHIBIT 49** is marked and admitted. Cross examination is conducted by Mr. Sanft. The witness is excused.

**PETER LEE**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. **EXHIBITS 83, 80, 81** are marked and admitted. The witness is excused.

The parties stipulate to **EXHIBIT 82.**

**CICELY HOFFMAN**, is sworn and testifies on direct examination on behalf of the Government by Mr. Askar. Cross examination is conducted by Mr. Sanft. The witness is excused.

**GEORGE KAIME**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. The witness is excused.

2:15 PM The jury is admonished and excused for the evening.

Court adjourns.

**Jury Trial continued to Friday, September 27, 2024, at 8:45 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk