UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America            2:24-cr-00155-JAD-DJA

vs.            MINUTES OF THE COURT

Michele Fiore            DATE: 09/27/2024

PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Summer Rivera     REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Alexander Gottfried and Dahoud Askar

COUNSEL FOR DEFENDANT(S): Michael Sanft

PROCEEDINGS: Jury Trial - Day 4

8:51 AM Court convenes outside the presence of the jury. Defendant is present at liberty. All parties are present. The Court GRANTS the Government's motion to withdraw EXHIBIT 81. EXHIBIT 81 is no longer in evidence as it is a subset of exhibit 10.

9:00 AM Jury enters the courtroom.

**HARRY MOHNEY**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. **EXHIBIT 65** is marked and admitted. Cross examination is conducted by Mr. Sanft. The witness is excused.

**BRETT TORINO**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. Cross examination is conducted by Mr. Sanft. The witness is excused.

**ALYSSA STRUCK**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. **EXHIBIT 85** is marked and admitted. Cross examination is conducted by Mr. Sanft. The witness is excused.

9:35 AM The jury is admonished and excused for a morning break. The court stands at recess.

9:45 AM Court reconvenes. The jury enters the courtroom.

**RONNIE COUNCIL**, is sworn and testifies on direct examination on behalf of the Government by Mr. Askar. Cross examination is conducted by Mr. Sanft. Redirect is conducted. The witness is excused.

**TARA KRUMME**, is sworn and testifies on direct examination on behalf of the Government by Mr. Askar. **EXHIBIT 39** is stipulated to. Cross examination is conducted by Mr. Sanft. The witness is excused.

The jury is admonished and excused for the weekend.

Outside the presence of the jury housekeeping matters are discussed.

10:42 AM Court adjourns.

**Jury Trial continued to Monday, September 30, 2024, at 8:15 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

                                      DEBRA K. KEMPI, CLERK
                                      United States District Court
                                      By: _____/s/_____
                                      Summer Rivera, Deputy Clerk