UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America | 2:24-cr-00155-JAD-DJA |
| vs. | MINUTES OF THE COURT |
| Michele Fiore | DATE: 09/30/2024 |

PRESENT: <u>Honorable Jennifer A. Dorsey, U.S. District Judge</u>

DEPUTY CLERK: <u>Summer Rivera</u>     REPORTER: <u>Amber McClane</u>

COUNSEL FOR PLAINTIFF(S): <u>Alexander Gottfried and Dahoud Askar</u>

COUNSEL FOR DEFENDANT(S): <u>Michael Sanft</u>

PROCEEDINGS: Jury Trial - Day 5

8:19 AM Court convenes outside the presence of the jury. Defendant is present at liberty. All parties are present. Housekeeping matters are discussed.

8:30 AM Jury enters the courtroom.

**GOVERNOR JOSEPH LOMBARDO**, is sworn and testifies on direct examination on behalf of the Government by Mr. Gottfried. Cross examination is conducted by Mr. Sanft. The witness is excused.

**PETER PALIVOS**, is sworn and testifies on direct examination on behalf of the Government by Mr. Askar. Cross examination is conducted by Mr. Sanft. The witness is excused.

**CHRIS ARMSTRONG**, is sworn and testifies on direct examination on behalf of the Government by Mr. Askar. Cross examination is conducted by Mr. Sanft. Redirect is conducted. **EXHIBIT 28** is marked and admitted. Recross is conducted. The witness is excused.

9:52 AM The jury is admonished and excused for a morning break. The court stands at recess.

10:03 AM Court reconvenes. Housekeeping matters are discussed.

The jury enters the courtroom.

**SANDRA HARRIS**, is sworn and testifies on direct examination on behalf of the Government by Mr. Askar. **EXHIBIT 103** is marked and admitted. Cross examination is conducted by Mr. Sanft. Redirect is conducted. Recross is conducted. The witness is excused.

The Government rests their case.

The jury is admonished and excused for a lunch break. Housekeeping matters are discussed outside the presence of the jury.

11:31 AM Court is in recess.

12:04 PM Court reconvenes outside the presence of the jury. The Court hears oral argument on the Government's motion to Exclude Witnesses and Order Offers of Proof [ECF No. 61]. As stated on the record, the Court GRANTS the motion as to Amanda Hampton, DENIES the motion as to Kyle Jaski and defers her ruling on the motion with respect to Special Agent Fryxell.

The jury enters the courtroom.

**KYLE JASKI**, is sworn and testifies on direct examination on behalf of the Defense by Mr. Sanft. **EXHIBITS 505 and 506** are marked only. The witness is excused.

**SHEENA SIEGEL**, is sworn and testifies on direct examination on behalf of the Defense by Mr. Sanft. The witness is admonished and excused for the afternoon.

1:50 PM The jury is admonished and excused for the evening. Court stands at recess.

2:11 PM Court reconvenes outside the presence of the jury. The Court and parties review jury instructions.

3:03 PM Court adjourns.

**Jury Trial continued to Tuesday, October 1, 2024, at 8:15 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk