COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice
DAHOUD ASKAR
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-368-1667
Email: Dahoud.Askar@usdoj.gov
ALEXANDER GOTTFRIED
Trial Attorney, Public Integrity Section
1301 New York Ave. NW, 10th Fl.
Washington, DC 20005
202-615-1286
Email: Alexander.Gottfried@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00155-JAD-DJA |
| Plaintiff, | **Government's Proposed Additional Jury Instruction** |
| v. | |
| MICHELE FIORE, | |
| Defendant. | |

The United States of America, by and through Corey Amundson, Chief, United States Department of Justice, Public Integrity Section, and Alexander Gottfried and Dahoud Askar, Trial Attorneys, hereby requests the proposed jury instruction, or, in the alternative, ask the Court to take judicial notice of the same under Federal Rule of Evidence 201:

Campaign accounts, political action committees, and charities are each subject to multiple state and federal laws. An individual can comply with one law while, at the same time, violate other laws, such as criminal laws prohibiting wire fraud.

1

DATED this 30th day of September, 2024

        COREY R. AMUNDSON
        Chief, Public Integrity Section
        U.S. Department of Justice


    /s/     Dahoud Askar
    Dahoud Askar and Alexander Gottfried
    Trial Attorneys