UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America            2:24-cr-00155-JAD-DJA

vs.            MINUTES OF THE COURT

Michele Fiore            DATE: 10/01/2024

PRESENT: Honorable Jennifer A. Dorsey, U.S. District Judge

DEPUTY CLERK: Summer Rivera      REPORTER: Amber McClane

COUNSEL FOR PLAINTIFF(S): Alexander Gottfried and Dahoud Askar

COUNSEL FOR DEFENDANT(S): Michael Sanft

COUNSEL FOR WITNESS: Ben Nemec and Nisha Brooks-Whittington

PROCEEDINGS: Jury Trial - Day 6

8:37 AM Court convenes outside the presence of the jury. Defendant is present at liberty. All parties are present. The Court GRANTS in part and DENIES in part Government's motion to Exclude Witnesses and Order Offers of Proof [ECF No. 61]. The defense may call Special Agent Fryxell for a limited inquiry. Housekeeping matters are discussed.

The Court and parties have follow-up questions for juror #15.

9:01 AM Jury enters the courtroom.

**CARYN MINKOWSKI,** is sworn and testifies via zoom on direct examination on behalf of the defense by Mr. Sanft. The witness is excused.

**TIMOTHY JOHNSON**, is sworn and testifies on direct examination on behalf of the defense by Mr. Sanft. Cross examination is conducted by Mr. Askar. Redirect is conducted. The witness is excused.

**SHEENA SIEGEL**, previously sworn testifies on direct examination on behalf of the defense by Mr. Sanft. **EXHIBITS 507-510** are marked and admitted.

10:10 AM The jury is admonished and excused for a morning break. The court stands at recess.

10:22 AM Court reconvenes. The jury enters the courtroom.

**SHEENA SIEGEL**, previously sworn testifies on direct examination on behalf of the defense by Mr. Sanft. **EXHIBITS 511 and 512** are marked and admitted. Cross examination is conducted by Mr. Gottfried.

10:47 AM The jury is admonished and excused for a break. The court stands at recess.

11:05 AM Court reconvenes outside the presence of the jury. The Clerk will contact CJA resources to appoint an attorney for Ms. Siegel.

The jury enters the courtroom.

**JORGE LOPEZ**, is sworn and testifies on direct examination on behalf of the defense by Mr. Sanft. The witness is excused.

The jury is admonished and excused for a lunch break.

Outside the presence of the jury the Court clarifies her order on the Government's motion [ECF No. 61]. The Court appoints Mr. Ben Nemec, AFPD to represent Ms. Sheena Siegel for these proceedings only.

11:31 AM Court is in recess.

12:23 PM Court reconvenes outside the presence of the jury. An update is provided to the Court as to the testimony of Ms. Siegel.

1:53 PM Court is in recess.

12:49 PM Court reconvenes outside the presence of the jury. The Court canvasses Ms. Siegel.

The jury enters the courtroom.

**SHEENA SIEGEL**, previously sworn testifies on cross examination by Mr. Gottfried. Redirect is conducted.

**CODY FRYXELL**, is sworn and testifies on direct examination on behalf of the defense by Mr. Sanft. The witness is excused.

The jury is admonished and excused for the afternoon break.

The court convenes outside the presence of the jury to discuss testimony given by Ms. Siegel.

1:53 PM Court is in recess.

2:07 PM Court reconvenes. The jury enters the courtroom.

**CODY FRYXELL**, previously sworn testifies on cross examination by Mr. Askar. **EXHIBIT 105** is marked only. **EXHIBIT 104** marked and admitted. Redirect is conducted. Recross is conducted. The witness is excused.

The jury is admonished and excused for the evening.

2:58 PM Court adjourns.

**Jury Trial continued to Wednesday, October 2, 2024, at 8:15 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk