UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America | 2:24-cr-00155-JAD-DJA |
| vs. | MINUTES OF THE COURT |
| Michele Fiore | DATE: 10/02/2024 |

PRESENT: <u>Honorable Jennifer A. Dorsey, U.S. District Judge</u>

DEPUTY CLERK: <u>Summer Rivera</u>        REPORTER: <u>Amber McClane</u>

COUNSEL FOR PLAINTIFF(S): <u>Alexander Gottfried and Dahoud Askar</u>

COUNSEL FOR DEFENDANT(S): <u>Michael Sanft</u>

COUNSEL FOR WITNESS: <u>Ben Nemec and Nisha Brooks-Whittington</u>

PROCEEDINGS: Jury Trial - Day 7

8:28 AM Court convenes outside the presence of the jury.  Defendant is present at liberty. All parties are present. The Court hears oral argument on Governments motion to Strike Testimony of Sheena Siegel [ECF No. 65]. The Court directs the parties to call Ms. Siegel and her attorneys to have them present in Court today.

8:46 AM Court stands at recess.

9:02 AM Court reconvenes outside the presence of the jury. The Court provides an update. The Court hears oral argument on the Government's motion for additional jury instruction [ECF No. 63] and the Court GRANTS that motion.

9:19 AM Court stands at recess.

10:02 AM Court reconvenes outside the presence of the jury. The Court provides Mr. Nemec, AFPD with an update as to the status of the case and how she would like to proceed with his client Ms. Siegel.

10:07 AM Court stands at recess.

10:48 AM Court reconvenes outside the presence of the jury.

**SHEENA SIEGEL** is recalled and the Court canvasses the witness. She is sworn and examination begins on behalf of the Government by Mr. Gottfried.

Further argument is provided on Governments motion to Strike Testimony of Sheena Siegel [ECF No. 65]. The court takes the matter under submission.

11:14 AM Court is at recess.

11:37 AM Court reconvenes outside the presence of the jury. The court GRANTS motion to Strike Testimony of Sheena Siegel [ECF No. 65]. Ms. Siegel and her attorneys are excused.

11:49 Court is in recess.

12:17 PM Court reconvenes outside the presence of the jury. Defendant is sworn and canvassed.

12:35 PM The court is in recess.

12:50 PM Court reconvenes outside the presence of the jury. Defendant still under oath completes her canvassing. Defendant advises that she will not testify.

Defense makes an oral Rule 29 motion. Arguments are presented. Housekeeping matters are discussed.

1:20 PM Court is in recess.

1:26 PM Court reconvenes. The jury enters the courtroom. The Court instructs the jury to not consider any testimony or exhibits made by Ms. Sheen Siegel.

The defense rests their case.

1:32 PM The jury is admonished and excused for the evening. Court is in recess.

1:57 PM The court reconvenes outside the presence of the jury to finalize jury instructions.

2:07 PM Court adjourns.

**Jury Trial continued to Thursday, October 3, 2024, at 8:30 AM in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk