UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America | 2:24-cr-00155-JAD-DJA |
| vs. | MINUTES OF THE COURT |
| Michele Fiore | DATE: 10/03/2024 |

PRESENT: <u>Honorable Jennifer A. Dorsey, U.S. District Judge</u>

DEPUTY CLERK: <u>Summer Rivera</u>       REPORTER: <u>Amber McClane</u>

COUNSEL FOR PLAINTIFF(S): <u>Alexander Gottfried and Dahoud Askar</u>

COUNSEL FOR DEFENDANT(S): <u>Michael Sanft</u>

PROCEEDINGS: Jury Trial - Day 8

8:37 AM Court convenes outside the presence of the jury. Defendant is present at liberty. All parties are present.

The Court hears oral argument on defense's proposed jury instruction [ECF No. 67]. For reasons stated on the record the Court GRANTS defense's proposed jury instruction [ECF No. 67].

THE COURT FURTHER ORDERS that defense's oral rule 29 motion is DENIED.

9:01 AM Court stands at recess.

9:09 AM The court reconvenes outside the presence of the jury. Final jury instructions are provided. Housekeeping matters are addressed.

The jury enters the courtroom.

The Court reads jury instructions.

Mr. Gottfried makes closing arguments on behalf of the Government.

10:45 AM The jury is admonished and excused for the morning break. Court stands at recess.

10:57 AM Court reconvenes. The jury enters the courtroom.

Mr. Sanft makes closing arguments on behalf of the defense.

Mr. Askar makes rebuttal closing arguments on behalf of the Government.

Court reads remaining jury instructions.

The Court Security Officer is sworn. The alternate jurors are excused and the jury begins deliberations.

12:49 PM Court stands at recess.

2:46 PM Court convenes in the presence of the jury. The jury advises they have reached a unanimous verdict.

Defendant is found GUILTY on counts 1-7 of the Superseding Indictment [ECF No. 19].

The Court thanks the jury for their serviced and excuses them from the courtroom.

Outside the presence of the jury, the Court ORDERS that counsel provide slide shows for closing arguments, grand jury transcript of Sheena Siegel, and the immunity agreement for Sheena Siegel for purposes of the appellate record.

2:54 PM Court adjourns.

**Sentencing and disposition set for January 6, 2025 at 1:30 p.m. in Courtroom 6D before Judge Jennifer A. Dorsey.**

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Summer Rivera, Deputy Clerk