# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Michele Fiore,<br><br>    Defendant | Case No.: 2:24-cr-00155-JAD-DJA-1<br><br>**Jury Verdict** |

We, the jury in the above-entitled case, upon our oaths, do say:

1. That we unanimously find Defendant Michele Fiore (check one):

    ☐ Not Guilty          ☒ Guilty

of Conspiracy to Commit Wire Fraud as charged in Count One of the Indictment.

2. That we unanimously find Defendant Michele Fiore (check one):

    ☐ Not Guilty          ☒ Guilty

of Wire Fraud as charged in Count Two of the Indictment.

3. That we unanimously find Defendant Michele Fiore (check one):

    ☐ Not Guilty          ☒ Guilty

of Wire Fraud as charged in Count Three of the Indictment.

4. That we unanimously find Defendant Michele Fiore (check one):

    ☐ Not Guilty          ☒ Guilty

of Wire Fraud as charged in Count Four of the Indictment.

5. That we unanimously find Defendant Michele Fiore (check one):

☐ Not Guilty     ☒ Guilty

of Wire Fraud as charged in Count Five of the Indictment.

6. That we unanimously find Defendant Michele Fiore (check one):

☐ Not Guilty     ☒ Guilty

of Wire Fraud as charged in Count Six of the Indictment.

7. That we unanimously find Defendant Michele Fiore (check one):

☐ Not Guilty     ☒ Guilty

of Wire Fraud as charged in Count Seven of the Indictment.