# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Michele Fiore,<br><br>Defendant. | Case No. 2:24-cr-00155-JAD-DJA<br><br>**ORDER** |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of trial and deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: October 3, 2024

_____
Jennifer A. Dorsey
U.S. District Judge