# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE FIORE,<br><br>Defendant. | Case No. 2:24-cr-00155-JAD-DJA<br><br>**ORDER** |

Presently before the Court is Defense counsel Michael Sanft's Sealed Ex Parte Motion to Withdraw to Withdraw as Counsel (ECF No. 77), filed on October 8, 2024. For the reasons stated in the motion, the motion is granted.

IT IS SO ORDERED.

IT IS FURTHER ORDERED the Court will appoint CJA Counsel in this case and directs the CJA Resources Team to assign a CJA Panel Attorney to represent Defendant.

DATED: October 9, 2024

_____
DANIEL J. ALBREGTS.
UNITED STATES MAGISTRATE JUDGE