Case 2:24-cr-00155-JAD-DJA    Document 86-1    Filed 12/04/24    Page 1 of 6


65°
Las Vegas, NV

☰   Watch Live   News   Video                                                                                              🔍

ADVERTISEMENT

# Ex-Las Vegas councilwoman pleads not guilty in alleged charity scheme



A former Las Vegas councilwoman made her first appearance in federal court Friday after she was accused of running a fraudulent charity scheme.

By **FOX5 Staff**
Published: Jul. 19, 2024 at 2:24 PM EDT | Updated: Jul. 19, 2024 at 3:52 PM EDT



LAS VEGAS, Nev. (FOX5) - A former Las Vegas councilwoman made her first appearance in federal court Friday after she was accused of running a fraudulent charity scheme.

Michele Fiore pleaded not guilty in front of a federal judge Friday morning in Las Vegas. Fiore was processed by the Marshal's office before she was released on her own recognizance, pending her trial date next month. She held a press conference after her release.

"An indictment is merely an accusation and an allegation, and these allegations are repugnant," she said.



A former Las Vegas councilwoman made her first appearance in federal court Friday after she was accused of running a fraudulent charity scheme.

Fiore is accused of [soliciting tens of thousands of dollars](#) for a statue honoring a fallen officer. Prosecutors allege Fiore instead used those funds for personal expenses, including her daughter's wedding. Prosecutors announced her indictment Wednesday.

Fiore is a former Las Vegas City Council Member and currently serves as Pahrump's Justice of the Peace.

"I have served as a city council woman and a judge with integrity, honor and respect," said Fiore after court Friday. "This indictment is a direct attack on my character. I look forward to learning the specifics of the accusations against me and addressing these horrible allegations head-on."

Fiore is known for her colorful gun advocacy ads and has been involved in many controversies over the course of her career.

"For the past decade, I have faced relentless investigations, continuous attacks, numerous attorneys and countless negative headlines," she said.

On Friday, the Nevada Commission on Judicial Discipline said it has been made aware of the federal indictment against Judge Fiore. However, their website does not show any hearings scheduled in the matter, which would be listed if the commission decides to take public action against any judge.

When asked Friday if there's a possibility that the judicial commission could suspend her, Fiore said, "Oh, absolutely."

A pre-trial conference was set for September 9 with a tentative trial date of September 24.

"All will be revealed in a court of law," said Fiore. "There will be no continuances. We want this now, and we want it over."

*This is a developing story. Check back for updates.*

Copyright 2024 KVVU. All rights reserved.

**Power Up Your Trading**

Leverage TradeStation's platform to trade across asset classes

### How do you secure unmanaged devices?

Secure every app, device, and identity with Extended Access Management (XAM).

1Password | Sponsored

Discover xam

### Seniors Can Now Fly Business Class For the Price Of Economy

Americans, you'll want to check this out ASAP

Coupon Code Finder | Sponsored

### Empty Alaska Cruises Departing From District Of Columbia That Seniors Can Book For Dirt Cheap

FavoriteSearches | Search Ads | Sponsored

### Empty Cruises Departing From District Of Columbia That Seniors Can Book For Cheap

GoSearches | Search Ads | Sponsored

### The best walking shoes are suitable for men to wear all day.

Made in USA

Bestbestones | Sponsored

Shop Now

ADVERTISEMENT

## Most Read



▶ Street racing takeovers flood the Vegas Valley, leading to a man getting shot



▶ Driver hits, injures two fighting pedestrians in west Las Vegas

Las Vegas jury sentences former convict to death for murder of ex-girlfriend



▶ **CCSD employee arrested for sexual assault of a minor**

▶ **LVMPD: Sexual assault suspect shot, injured after firing at police while fleeing**



▶ **Illegal roads in Lake Mead National Recreation Area will cost millions to fix**



▶ **UnitedHealthcare CEO fatally shot in 'brazen, targeted attack' outside hotel, police say**



▶ **Cucumber recall for potential salmonella expands to more products spanning 35 states**



## Latest News



▶ **Clark County requests $1 million bail for sexual assault suspect**

▶ **Report: Downtown Las Vegas sees gaming revenue dip in October**




 Dead & Co. announce return to Sphere with all-new Las Vegas residency


Valley of Fire State Park closed to all visitors for two weeks


'If he washes up ashore, we're ready': Heartbroken mother talks about her son after boat capsizes in Alaska


Families of 5 missing crew members worried after Coast Guard suspends search for capsized fishing boat


 Valley of Fire State Park closed to all visitors for two weeks

 13,000 counseling sessions offered to students in the year since UNLV tragedy

| | | |
|---|---|---|
| Homepage | News | KVVU |
| First Alert Weather | First Alert Traffic | 25 TV 5 Dr |
| Sports | MORE | Henderson, NV 89014 |
| Community Calendar | Surprise Squad | (702) 435-5555 |
| Programming Schedule | Contact Us | |

Case 2:24-cr-00155-JAD-DJA Document 86-1 Filed 12/04/24 Page 6 of 6

Download Our Apps!

Terms of Service    Privacy Policy    Public Inspection File    programming@kvvu.com | 702-435-5555    FCC Applications    EEO Report    FOX5 Careers

Closed Captioning/Audio Description    Advertising Non-Discrimination    Digital Marketing

At Gray, our journalists report, write, edit and produce the news content that informs the communities we serve. Click here to learn more about our approach to artificial intelligence.

A Gray Local Media Station © 2002-2024