# EXHIBIT B

# EXHIBIT B

**BUSINESS Deposit Account**
*CIP DOCUMENTATION CHECKLIST*
***Scan With Signature Card***

Opened By: Lacey Woods

Date: 2/28/17    Officer: Walk In    Branch: Durango    Account # ▮▮▮▮▮

Customer/Business Name: Future For Nevadans
Type of Entity: ☐ Sole Prop.  ☐ Corp.  ☐ LLC  ☐ Partnership/ Joint Venture  ☑ Unincorporated Assoc.
Describe Nature of Business: Political Action Committee    NAICS Code: 813940

Purpose of Account: ☑ Operating  ☐ Payroll  ☐ Savings/MMA  ☐ Escrow  ☐ IOLTA  ☐ Other ____
High Risk Business? ☐ Category 1  ☐ Category 2  ☐ Other High Risk*  ☑ Not High Risk   Approval obtained for Category 1 or 2? ☐ YES

### TYPE OF RELATIONSHIP FOR REQUIRED DOCUMENTATION (check one)
*(See Business Identification and Required Documentation list NA-506)*

| CUSTOMER DUE DILIGENCE | ENHANCED CUSTOMER DUE DILIGENCE |
|---|---|
| ☐ Existing Customer- refer to Conversation log<br>☐ New Customer (Referred by Officer) - refer to Conversation log<br>☑ New Customer (Existing Signers/Guarantors) - refer to Conversation log | ☐ New Customer - refer to Conversation Log |

### CUSTOMER RISK PROFILE QUESTIONNAIRE
*OBTAIN THE FOLLOWING INFORMATION FROM BUSINESS CUSTOMERS:*

1. Dollar amount of estimated monthly CASH DEPOSITS?  $ $5,000.00 - $10,000.00
2. Dollar amount of estimated monthly CASH WITHDRAWALS?  $ $2,000.00 - $3,000.00
3. Domestic wire transfers?  ☐ YES  ☑ NO   Avg. Amt. of each wire.  #in ___ $ ___ #out ___ $ ___
4. Foreign Wire Transfers?  ☐ YES  ☑ NO   Avg. Amt. of each wire.  #in ___ ___ #out ___ $ ___
   Country(s): ___
5. Does Customer Originate ACH credits or debits?  ☐ YES  ☑ NO   Type: ☐ Payroll ☐ Taxes ☐ B2B ☐ Debit for Services
6. Will the business make deposits using Remote Capture?  ☐ YES  ☑ NO
7. Is business related directly to the medical or recreational marijuana industry?  ☐ YES  ☑ NO   If yes, contact the BSA department for approval
8. Does your business have a website?  ☐ YES  ☑ NO   www. ___
   *If yes, complete question 9. If no, skip questions 9 & 10.*
9. Do you sell anything through your website?  ☐ YES  ☐ NO   Describe product/service: ___
   *If yes, complete question 10. If no, skip questions 10.*
10. Does your business engage in internet gaming?  ☐ YES  ☐ NO   If yes, DO NOT OPEN / If no, business must sign UIGEA certification
11. List the market areas that the business serves outside of our markets:  N/A
    (List city, county, state, or country)
    Are these areas or countries of concern?   ☐ YES  ☑ NO   *(if yes, see High Risk instructions below)*
12. Is the business registered with FinCEN as a Money Service Business?   ☐ YES  ☑ NO   *(if yes, complete MSB Checklist form OP-098)*
13. Do you have ATMS?  ☐ YES  ☑ NO   *(if yes, see High Risk instructions below. If no, skip question 14)*
14. Does the business replenish or service its own ATMs?  ☐ YES  ☐ NO   If no, ATMs serviced by: ___

### HIGH RISK BUSINESS OR AREA/COUNTRY OF CONCERN INSTRUCTIONS
*ALL deposit customers, regardless of their CIP risk rating, who engage in high risk industries, live or conduct business in high risk geographies outside our market area must be reported to the BSA Department at deposit account opening. For those customers, scan and email a copy of this form and a copy of the signature card to your BSA Department (WAB) email group.*

### Conversation or Event Summary
- EXISTING CUSTOMER required to document Name, acct #, open date.
- NEW CUSTOMER (REFERRED BY OFFICER) required to document length, type and average balances of prior banking relationship
- NEW CUSTOMER (EXISTING SIGNERS/GUARANTORS) required to document Name, acct #, open date.
- NEW CUSTOMER (WALK IN) how did the customer hear about our bank?

Michele is an existing customer with Bank of Nevada. One Account is Fiore for Nevada Account number ▮▮▮▮▮ opened 7/29/2015. This is another PAC account. With the account being new she isn't really sure on how much actual cash she will be taking in and out and at this moment doesn't believe there will be any wires. She stated that most of the activity will most likely be donations made with checks though. She said once the PAC has become more established she will be able to give us a better estimate at what the overall activity will be.

NA-504p (Effective 05/01/15)