# EXHIBIT C

# EXHIBIT C

**BUSINESS Deposit Account**
*CIP DOCUMENTATION CHECKLIST*
***Scan With Signature Card***

Opened By: _____

Date: 3-1-2017    Officer: Joyce Smith    Branch: Hualapai    Account # ████████

Customer/Business Name: Politically Off The Wall

Type of Entity: ☐ Sole Prop.  ☐ Corp.  ☑ LLC  ☐ Partnership/Joint Venture  ☐ Unincorporated Assoc.
Describe Nature of Business: _____    NAICS Code: 541820

Purpose of Account:  ☑ Operating  ☐ Payroll  ☐ Savings/MMA  ☐ Escrow  ☐ IOLTA  ☐ Other _____
High Risk Business?  ☐ Category 1  ☐ Category 2  ☐ Other High Risk*  ☑ Not High Risk  Approval obtained for Category 1 or 2? ☐ YES

### TYPE OF RELATIONSHIP FOR REQUIRED DOCUMENTATION (check one)
(See Business identification and Required Documentation list NA-506)

**CUSTOMER DUE DILIGENCE**
☐ Existing Customer - refer to Conversation log
☐ New Customer (Referred by Officer) - refer to Conversation log
☑ New Customer (Existing Signers/Guarantors) - refer to Conversation log

**ENHANCED CUSTOMER DUE DILIGENCE**
☐ New Customer - refer to Conversation Log

### CUSTOMER RISK PROFILE QUESTIONNAIRE
*OBTAIN THE FOLLOWING INFORMATION FROM BUSINESS CUSTOMERS:*

1. Dollar amount of estimated monthly CASH DEPOSITS?  $ 500.00 - 10,000.00
2. Dollar amount of estimated monthly CASH WITHDRAWALS?  $ 1,000.00 - 5,000.00
3. Domestic wire transfers?  ☐ YES  ☑ NO   Avg. Amt. of each wire:  #in ___ $ ___  #out ___ $ ___
4. Foreign Wire Transfers?  ☐ YES  ☑ NO   Avg. Amt. of each wire:  #in ___ ___  #out ___ $ ___
   Country(s): _____
5. Does Customer Originate ACH credits or debits?  ☑ YES  ☐ NO   Type: ☐ Payroll  ☐ Taxes  ☑ B2B  ☐ Debit for Services
6. Will the business make deposits using Remote Capture?  ☐ YES  ☑ NO
7. Is business related directly to the medical or recreational marijuana industry?  ☐ YES  ☑ NO   If yes, contact the BSA department for approval
8. Does your business have a website?  ☐ YES  ☑ NO   www. _____
   If yes, complete question 9. If no, skip questions 9 & 10.
9. Do you sell anything through your website?  ☐ YES  ☐ NO   Describe product/service: _____
   If yes, complete question 10. If no, skip questions 10.
10. Does your business engage in internet gaming?  ☐ YES  ☐ NO   If yes, DO NOT OPEN / If no, business must sign UIGEA certification
11. List the market areas that the business serves outside of our markets:
    (List city, county, state, or country)
    Are these areas or countries of concern?  N/A    ☐ YES  ☐ NO (if yes, see High Risk Instructions below)
12. Is the business registered with FinCEN as a Money Service Business?  ☐ YES  ☑ NO (if yes, complete MSB Checklist form OP-098)
13. Do you have ATMS?  ☐ YES  ☑ NO (if yes, see High-Risk Instructions below. If no, skip question 14)
14. Does the business replenish or service its own ATMs?  ☐ YES  ☐ NO   If no, ATMs serviced by: _____

**HIGH RISK BUSINESS OR AREAS/COUNTRY OF CONCERN INSTRUCTIONS**

*ALL deposit customers, regardless of their CIP risk rating, who engage in high risk industries, live or conduct business in high risk geographies outside our market area must be reported to the BSA Department at deposit account opening. For those customers, scan and email a copy of this form and a copy of the signature card to your BSA Department (WAB) email group.

**Conversation or Event Summary**
EXISTING CUSTOMER (required to document Name, acct #, open date)
NEW CUSTOMER (REFERRED BY OFFICER) (required to document length, type and average balances of prior banking relationship)
NEW CUSTOMER (EXISTING SIGNERS/GUARANTORS) (required to document Name, acct #, open date)
NEW CUSTOMER (WALK-IN) (how did the customer hear about our bank?)

Existing Customer Michele Fiore of Fiore For Nevada ████████ Open since 7-29-15 is opening new business account for Politically Off The Wall LLC a new entity. The company is a campaign and political consulting firm. Cash In up 10,000.00 from public/private donations and fund raisers and supporters... Cash Out up to 5000.00 for venders, staff, and venue expenses. Most deposit transaction to be checks from supporters public/private donations Business Debit Card and Checks to Be Ordered

Opened with 500.00 checks from existing account ████████    8/1/17 JM Br 2135

NA-504p (Effective 05/01/15)