**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

USA,
　　Plaintiff(s)

v.

Fiore,
　　Defendant(s).

Case No.: 2:24-cr-00155

**NON-PARTY REQUEST FOR REMOTE ACCESS TO CIVIL PROCEEDING**

I, Alan Riquelmy (name of requestor), request permission for live remote public access to the civil proceeding set for Monday, April 14 (date) at 1:30 p.m. (time) before Judge Dorsey (name of judge).

I understand that I am prohibited from recording, photographing, or retransmitting any part of the proceeding.

Date of Request: 4/4/2025

Requestor's Full Name: Alan Riquelmy

Mailing Address: 240 Natoma Station Drive, #214

Folsom, CA 95630

Telephone number: 706-844-2465

E-mail address: ariquelmy@courthousenews.com

SUBMIT THIS FORM IN PERSON, BY U.S. MAIL OR EMAIL TO:
The Clerk of Court
333 Las Vegas Blvd. South, Las Vegas, NV 89101 or
400 S. Virginia Street, Reno, Nevada 89501
lv_public_docketing@nvd.uscourts.gov
reno_public_docketing@nvd.uscourts.gov