**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHELE FIORE,<br><br>  Defendant. | CASE NO. 2:24-cr-00155-JAD-DJA<br><br>**FINDINGS OF FACT, CONCLUSION OF LAW AND ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**CONCLUSIONS OF LAW**

Based on the fact that counsel has agreed to a continuance, the Court hereby concludes that:

1. Lead counsel, Paola M. Armeni, Esq., started trial on March 24, 2025, in the case captioned *United States of America v. Eduardo Ruben Lopez*, Case No. 2:23-CR-00055-CDS-DJA. This trial is expected to last three-weeks, through April 11, 2025.

2. The current deadline to file Ms. Fiore's sentencing memorandum and objections to the Presentence Investigation Report is April 9, 2025. Counsel for Ms. Fiore will still be in the above-referenced trial on this date.

3. The request to continue is so that counsel for Ms. Fiore has adequate time to prepare sentencing documents and prepare for sentencing in order to effectively represent her client.

4. Ms. Fiore has appeared in this case, and is in not custody and, along with the government, agrees to this continuance.

5. The additional time requested herein is not sought for purposes of delay and the denial of this request for a continuance could result in a miscarriage of justice.

6. Federal Rule of Criminal Procedure 32(b)(2) permits this Court to continue a sentencing hearing for good cause. Good cause exists in this case.

7. For all the above-stated reasons, the ends of justice would be best served by a continuance of the sentencing hearing.

8. This is the third request for a continuance of the sentencing hearing.

### ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter scheduled for April 14, 2025, at the hour of 1:30 p.m. is hereby vacated and continued to the 14th day of May, 2025, at the hour of 1:30 p.m., in Courtroom 6D.

**DATED** this 9th day of April, 2025.

_____
**JENNIFER A. DORSEY**
**UNITED STATES DISTRICT COURT JUDGE**
**CASE NO.: 2:24-cr-00155-JAD-DJA**

ClarkHill\M9636\503106\281474511.v2-4/1/25