CLARK HILL PLLC
PAOLA M. ARMENI
Nevada Bar No. 8357
Email: parmeni@clarkhill.com
GIA N. MARINA
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300

Attorneys for Defendant, Michele Fiore

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHELE FIORE,<br><br>          Defendant. | CASE NO. 2:24-cr-00155-JAD-DJA<br><br>**MICHELE FIORE'S SUPPLEMENT TO EXHIBIT A OF HER MOTION TO VACATE SENTENCING DATE DUE TO EXECUTIVE GRANT OF CLEMENCY** |

      Defendant, Michele Fiore, by and through her attorney, Paola M. Armeni, Esq., and Gia N. Marina, Esq. of the law firm of Clark Hill PLLC, hereby supplements Exhibit A to her Motion to Vacate Sentencing Date due to Executive Grant of Clemency.

      On April 24, 2025, counsel for Ms. Fiore filed a Motion to Vacate Sentencing Hearing. Attached to her motion was Exhibit A, a true and accurate copy of the Executive Grant of Clemency that she had to date. Subsequently, Ms. Fiore received a copy of the Executive Grant of Clemency with the Department of Justice Seal affixed to it. Therefore, Ms. Fiore files this Supplement with a copy of the Sealed Executive Grant of Clemency.

      Dated this 28th day of April, 2025.

CLARK HILL PLLC

/s/ Paola M. Armeni

PAOLA M. ARMENI
Nevada Bar No. 8357
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Tel: (702) 862-8300
Attorney for Defendant, Michele Fiore

ClarkHill\M9636\503106\281830427.v1-4/28/25

CERTIFICATE OF SERVICE

The undersigned, an employee of Clark Hill PLLC, hereby certifies that on the 28th day of April, 2025, I served a copy of the **MICHELE FIORE'S SUPPLEMENT TO EXHIBIT A OF HER MOTION TO VACATE SENTENCING DATE DUE TO EXECUTIVE GRANT OF CLEMENCY** via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

Alexander Byrne Gottfried     alexander.gottfried@usdoj.gov

Dahoud Askar     Dahoud.Askar@usdoj.gov, heather.depremio2@usdoj.gov

/s/ Nicholas DiMattei
_____
An employee of CLARK HILL PLLC

ClarkHill\M9636\503106\281830427.v1-4/28/25

# Executive Grant of Clemency

# Donald J. Trump

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO THE INDIVIDUAL NAMED BELOW

### A FULL AND UNCONDITIONAL PARDON

For those offenses against the United States individually enumerated and set before me for my consideration:

<u>United States v. Fiore, 2:24-cr-155</u>

### MICHELE FIORE

I HEREBY DESIGNATE, direct, and empower the Attorney General, as my representative, to immediately sign the grant of clemency to the person named herein. The Attorney General shall declare that her action is the act of the President, being performed at my direction.

IN TESTIMONY WHEREOF, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington in the District of Columbia this* **23rd** *day of April in the year of our Lord Two Thousand Twenty-five and of the Independence of the United States the Two Hundred and Forty-ninth.*



DONALD J. TRUMP
PRESIDENT